```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15932
   MICHAEL CARR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3962

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/31/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/02/2009.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
OVERLAND BOND & INVESTME  SECURED VEHIC   9000.00         582.79        2702.62
OVERLAND BOND & INVESTME  UNSECURED       NOT FILED          .00            .00
COMPUTER CREDIT           UNSECURED       NOT FILED          .00            .00
AT & T                    UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED       1167.00            .00            .00
CITY OF CHICAGO CORP COU  NOTICE ONLY     NOT FILED          .00            .00
ECONOMY INTERIORS         UNSECURED        415.70            .00            .00
EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED        416.96            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        548.39            .00            .00
HSBC                      NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS DEPT OF EMP SEC  UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       5076.17            .00            .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED          .00            .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     3,500.00                       651.95
TOM VAUGHN                TRUSTEE                                        317.64
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE               4,255.00

PRIORITY                                      .00
SECURED                                   2,702.62
   INTEREST                                 582.79
UNSECURED                                     .00
ADMINISTRATIVE                              651.95
TRUSTEE COMPENSATION                        317.64
DEBTOR REFUND                                 .00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15932 MICHAEL CARR
```

```
                              ---------------      ---------------
TOTALS                               4,255.00             4,255.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE